FILED
CLERK, U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VELASQUEZ,<br><br>          Petitioner,<br><br>    v.<br><br>RICHARD KIRKLAND, WARDEN,<br><br>          Respondent. | NO. CV 07-1813-ODW (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the briefing on Respondent's Motion to Dismiss, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated. Having completed its review, the Court concludes that an evidentiary hearing is not required, and accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on counsel for Petitioner and counsel for
3  Respondent.

5  LET JUDGMENT BE ENTERED ACCORDINGLY.

7  DATED:      4-12-2008      .

```
                                    _____
                                         OTIS D. WRIGHT II
                                    UNITED STATES DISTRICT JUDGE
```