FILED
CLERK, U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VELASQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>RICHARD KIRKLAND, WARDEN,<br><br>        Respondent. | NO. CV 07-1813-ODW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 4-17-2008.

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE